# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3708
_____

MINDY PARE,

Appellant,

v.

CHIP SIMMONS, in his official
capacity as Sheriff of Escambia
County, Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

July 23, 2024

PER CURIAM.

AFFIRMED.

LEWIS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Robert E. Larkin III and J. Wes Gay of Allen Norton & Blue, P.A., Tallahassee, for Appellee.